UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX ALFONSO SALAVERRIA | CIVIL ACTION |
| VERSUS | NO. 25-648 |
| ORANGE COUNTY, ET AL. | SECTION "A"(2) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff's federal claims be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2) as frivolous and otherwise for failure to state a claim for which relief can be granted. The plaintiff will be allowed 14 days to move to amend his complaint, after which time a final judgment of dismissal will be issued.

May 13, 2025

_____
UNITED STATES DISTRICT JUDGE