UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEX ALFONSO SALAVERRIA | CIVIL ACTION |
| VERSUS | NO. 25-648 |
| ORANGE COUNTY, ET AL. | SECTION "A" (2) |

## ORDER

On May 19, 2025, the Court entered an order adopting the recommendation of the United States Magistrate Judge dismissing the plaintiff's federal claims with prejudice but with the right to file an amended complaint within 14 days. (Rec. Doc. 7). No amended pleading has been filed.

Therefore, **IT IS ORDERED** that a final judgment shall be entered dismissing all federal claims with prejudice and dismissing any state law claims without prejudice.

June 11, 2025

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE